UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-22788-DPG

**VICTOR ARIZA**,

    Plaintiff,

vs.

**ARC WINGHOUSE LLC d/b/a
WINGHOUSE BAR & GRILL,
a Florida limited liability company,**

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff VICTOR ARIZA, by and through his undersigned Counsel, hereby provides notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file dismissal documents with prejudice.

DATED: January 11, 2022.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By  *s/ Roderick V. Hannah* | By  *s/ Pelayo M. Duran* |
| RODERICK V. HANNAH | PELAYO M. DURAN |
| Fla. Bar No. 435384 | Fla. Bar No. 0146595 |

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of January, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and sent an e-mail of such filing to:

Vincent P. Beilman III, Esq.
Christian M. Gunneson, Esq..
WOOD, SMITH, HENNING & BERMAN LLP
1501 South Church Avenue, Suite 200
Tampa, FL  33629
Telephone:  (813) 422-6910
vbeilman@wshblaw.com
cgunneson@wshblaw.com

*Attorneys for Defendant*
*ARC WINGHOUSE LLC d/b/a*
*WINGHOUSE BAR AND GRILL*

        /s/ *Roderick V. Hannah*
        Roderick V. Hannah