UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  20-cv-22788-DPG

**VICTOR ARIZA**,

    Plaintiff,

vs.

**ARC WINGHOUSE LLC d/b/a
WINGHOUSE BAR & GRILL,
a Florida limited liability company,**

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff VICTOR ARIZA ("Plaintiff"), and Defendant ARC WINGHOUSE LLC d/b/a WINGHOUSE BAR & GRILL ("Defendant") (Plaintiff and Defendant are collectively, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of all of Plaintiff's claims in the action with prejudice. The Parties shall bear their own attorneys' fees, costs, and expenses. All Parties consent to the form and content of this Stipulation.

Dated:  March 1, 2022

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 North Hiatus Road<br>Sunrise, FL  33351-7919<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email:  rhannah@rhannahlaw.com | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email: duranandassociates@gmail.com |
| By   *s/ Roderick V. Hannah*<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | By    *s/ Pelayo M. Duran*<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

**WOOD, SMITH, HENNING & BERMAN LLP**
Counsel for Defendant
1501 South Church Avenue, Suite 200
Tampa, FL  33629
(813) 422-6910
vbeilman@wshblaw.com
gunneson@wshblaw.com

By:   */s/Christian M. Gunneson*
          VINCENT P. BEILMAN III, , ESQ.
          Florida Bar No. 16687
          CHRISTIAN M. GUNNESON, ESQ.
          Florida Bar No. 123823